**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 15-cv-02095-REB

JESSE MACCHIA,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. On September 29, 2015, I denied without prejudice plaintiff's **Motion and Affidavit for Leave To Proceed on Appeal Pursuant to 28 U.S.C. § 1915** [#2],[1] filed September 23, 2015, finding that plaintiff appeared to have funds sufficient to pay the filing fee without depriving him or his dependents of the necessities of life. In order to continue the expeditious prosecution of this case, I now enter this Order directing plaintiff to either pay the filing fee or submit a revised motion and affidavit.

    **THEREFORE, IT IS ORDERED** that on or before **October 22, 2015**, plaintiff shall either pay the filing fee or submit a revised motion and affidavit for leave to proceed *in forma pauperis*, failing which, this case will be dismissed without prejudice.

    Dated October 1, 2015, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Robert E. Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.