**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02095-REB

JESSE MACCHIA,

     Plaintiff,
vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

This matter is before me *sua sponte*. On September 29, 2015, I denied without prejudice plaintiff's **Motion and Affidavit for Leave To Proceed on Appeal Pursuant to 28 U.S.C. § 1915** [#2],[1] filed September 23, 2015, finding that plaintiff appeared to have funds sufficient to pay the filing fee without depriving him or his dependents of the necessities of life. On October 1, 2015, I entered an **Order** [#8], directing plaintiff to either submit a revised motion and affidavit or pay the filing fee, "failing which, this case will be dismissed without prejudice." As plaintiff failed to react to that directive within the deadline established, I therefore find it appropriate to dismiss this action.

**THEREFORE, IT IS ORDERED** that this case is dismissed without prejudice.

Dated February 3, 2016, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Bob Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.